United States Bankruptcy Court
District of Nevada

In re:  
JONATHON QUINN TERMOLEN  
    Debtor

Case No. 25-11321-abl  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0978-2      User: admin      Page 1 of 3  
Date Rcvd: Mar 12, 2025      Form ID: 309A      Total Noticed: 41

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 14, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | JONATHON QUINN TERMOLEN, 91 SCORPIOS ISLAND DRIVE, HENDERSON, NV 89012-5699 |
| 12547069 | + | Cap1/kohls, Acct No xxxxxxxxxxxx0473, Attn: Bankruptcy, Po Box 3043, Miwaukee, WI 53201-3043 |
| 12547080 | | Department of Veteran Affairs, Acct No xxxxx4451, PO Box 530269, Atlanta, GA 30353-0269 |
| 12547079 | | Department of Veteran Affairs, PO Box 530269, Atlanta, GA 30353-0269 |
| 12547100 | + | THE TAVERNA COLLECTION, INC., Acct No xxxxxxxx6167, 3801 S State Rd 7, West Park, FL 33023-6159 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: help@bkvegas.com | Mar 13 2025 01:38:00 | SETH D BALLSTAEDT, BALLSTAEDT LAW FIRM, LLC DBA FAIR FEE LE, 8751 W CHARLESTON BLVD SUITE 230, LAS VEGAS, NV 89117 |
| tr | | EDI: BTFOX | Mar 13 2025 04:43:00 | TROY S. FOX, FOX, IMES AND CROSBY, LLC, 601 S. 10TH ST., SUITE 202, LAS VEGAS, NV 89101 |
| ust | + | Email/Text: USTPRegion17.LV.ECF@usdoj.gov | Mar 13 2025 01:38:00 | U.S. TRUSTEE - LV - 7, 300 LAS VEGAS BOULEVARD, SO., SUITE 4300, LAS VEGAS, NV 89101-5803 |
| 12547067 | + | EDI: AAFES | Mar 13 2025 04:43:00 | AAFES, Acct No xxxxxxxxxxxx8947, Attn: Bankruptcy, Po Box 650060, Dallas, TX 75265-0060 |
| 12547068 | + | EDI: TSYS2 | Mar 13 2025 04:43:00 | Barclays Bank Delaware, Acct No xxxxxxxxxxxx5141, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 12547071 | + | EDI: CAPITALONE.COM | Mar 13 2025 04:43:00 | Capital One, Acct No xxxxxxxx7507, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 12547071 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 13 2025 01:57:25 | Capital One, Acct No xxxxxxxx7507, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 12547072 | + | EDI: CAPITALONE.COM | Mar 13 2025 04:43:00 | Capital One, Acct No xxxxxxxx9077, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 12547072 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 13 2025 01:55:38 | Capital One, Acct No xxxxxxxx9077, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 12547073 | + | EDI: CAPITALONE.COM | Mar 13 2025 04:43:00 | Capital One, Acct No xxxxxxxxxxxx6591, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 12547073 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 13 2025 01:55:48 | Capital One, Acct No xxxxxxxxxxxx6591, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |

| District/off: 0978-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 12, 2025 | Form ID: 309A | Total Noticed: 41 |

| | | | |
|---|---|---|---|
| 12547070 | + EDI: CAPITALONE.COM | Mar 13 2025 04:43:00 | Capital One, Acct No xxxxxxxxxxxx2475, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 12547070 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 13 2025 01:57:11 | Capital One, Acct No xxxxxxxxxxxx2475, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 12547074 | + EDI: CAPONEAUTO.COM | Mar 13 2025 04:43:00 | Capital One Auto Finance, Acct No xxxxxxxxxxxxx1001, Attn: Bankruptcy, 7933 Preston Rd, Plano, TX 75024-2302 |
| 12547074 | + Email/PDF: acg.coaf.ebn@aisinfo.com | Mar 13 2025 01:56:47 | Capital One Auto Finance, Acct No xxxxxxxxxxxxx1001, Attn: Bankruptcy, 7933 Preston Rd, Plano, TX 75024-2302 |
| 12547075 | + EDI: WFNNB.COM | Mar 13 2025 04:43:00 | Comenity Bank/Pier 1, Acct No xxxxxxxxxxxx3316, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 12547076 | + Email/Text: ebnnotifications@creditacceptance.com | Mar 13 2025 01:38:00 | Credit Acceptance, Acct No xxxxx3577, Attn: Bankruptcy, 25505 West 12 Mile Road Ste 3000, Southfield, MI 48034-8331 |
| 12547078 | + Email/PDF: creditonebknotifications@resurgent.com | Mar 13 2025 01:32:22 | Credit One Bank, Acct No xxxxxxxxxxxx8435, Attn: Bankruptcy Department, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 12547077 | + Email/PDF: creditonebknotifications@resurgent.com | Mar 13 2025 01:55:32 | Credit One Bank, Acct No xxxxxxxxxxxx9539, Attn: Bankruptcy Department, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 12547084 | + Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Mar 13 2025 01:38:00 | Dept Of Education/neln, Acct No xxxxxxxxxxx7251, Po Box 82561, Lincoln, NE 68501-2561 |
| 12547082 | + Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Mar 13 2025 01:38:00 | Dept Of Education/neln, Acct No xxxxxxxxxxx7351, Po Box 82561, Lincoln, NE 68501-2561 |
| 12547083 | + Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Mar 13 2025 01:38:00 | Dept Of Education/neln, Acct No xxxxxxxxxxx7451, Po Box 82561, Lincoln, NE 68501-2561 |
| 12547081 | + Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Mar 13 2025 01:38:00 | Dept Of Education/neln, Acct No xxxxxxxxxxx7551, Po Box 82561, Lincoln, NE 68501-2561 |
| 12547086 | Email/Text: cssteam@honorcu.com | Mar 13 2025 01:38:00 | Honor Credit Union, Acct No xxxxxxx7100, Attn: Bankruptcy, 8385 Edgewood Rd, Berrien Springs, MI 49103 |
| 12547087 | EDI: IRS.COM | Mar 13 2025 04:43:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 12547088 | + EDI: JPMORGANCHASE | Mar 13 2025 04:43:00 | Jpmcb, Acct No xxxxxxxxxxxx3444, MailCode LA4-7100, 700 Kansas Lane, Monroe, LA 71203-4774 |
| 12547088 | + Email/PDF: ais.chase.ebn@aisinfo.com | Mar 13 2025 02:09:13 | Jpmcb, Acct No xxxxxxxxxxxx3444, MailCode LA4-7100, 700 Kansas Lane, Monroe, LA 71203-4774 |
| 12547089 | + Email/Text: PBNCNotifications@peritusservices.com | Mar 13 2025 01:38:00 | Kohl's, Acct No xxxxxxxxxxxx7444, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 12547090 | + Email/Text: nsm_bk_notices@mrcooper.com | Mar 13 2025 01:38:00 | Mr Cooper/United Wholesale Mortgage, Acct No xxxxx5363, Attn: Bankruptcy, Po Box 619098, Dallas, TX 75261-9098 |
| 12547092 | + EDI: NFCU.COM | Mar 13 2025 04:43:00 | NAVY FCU, Acct No xxxxxxxxxxx3652, Attn: Bankruptcy, Po Box 3000, Merrifield, VA 22119-3000 |
| 12547085 | Email/Text: bknotification@detr.nv.gov | Mar 13 2025 01:38:00 | Dept. of Employment, Training & Rehab, |

| District/off: 0978-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Mar 12, 2025 | Form ID: 309A | Total Noticed: 41 |

| | | | | |
|---|---|---|---|---|
| | | | | Employment Security Division, 500 East Third Street, Carson City, NV 89713 |
| 12547091 | + | EDI: NFCU.COM | Mar 13 2025 04:43:00 | Navy Fcu, Acct No xxxxxxxxxxxx1326, Attn: Bankruptcy, Po Box 3302, Merrifield, VA 22119-3302 |
| 12547093 | + | EDI: NFCU.COM | Mar 13 2025 04:43:00 | Navy Federal Credit Union, Acct No xxxxxxxxxxxxx1326, Attn: Bankruptcy, Po Box 3302, Merrifield, VA 22119-3302 |
| 12547094 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Mar 13 2025 01:38:00 | Nelnet, Acct No xxxxxx8581, Attn: Claims, Po Box 82505, Lincoln, NE 68501-2505 |
| 12547095 | + | Email/Text: tax-bankruptcy@tax.state.nv.us | Mar 13 2025 01:39:00 | Nevada Dept. of Taxations, Bankruptcy, 555 E Washington Ave, #1300, Las Vegas, NV 89101-1046 |
| 12547097 | | Email/Text: Bankruptcy.Notices@pnc.com | Mar 13 2025 01:38:00 | PNC Financial Services, Acct No xxxxxxxxxxxx4612, Attn: Bankruptcy, 300 Fifth Ave, Pittsburgh, PA 15222 |
| 12547098 | | EDI: PRA.COM | Mar 13 2025 04:43:00 | Portfolio Recovery Associates, LLC, Acct No xxxxxxxxxxxxxxx5411, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 12547096 | + | Email/PDF: ebnotices@pnmac.com | Mar 13 2025 02:09:11 | PennyMac Loan Services, LLC, Acct No xxxxxxxxxxxxx8809, Attn: Correspondence Unit, Po Box 514387, Los Angeles, CA 90051-4387 |
| 12547099 | + | EDI: SYNC | Mar 13 2025 04:43:00 | Synchrony Bank/ Old Navy, Acct No xxxxxxxx2403, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 12547099 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 13 2025 01:31:51 | Synchrony Bank/ Old Navy, Acct No xxxxxxxx2403, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 12547102 | + | EDI: USAA.COM | Mar 13 2025 04:43:00 | USAA Federal Savings Bank, Acct No xxxxxxxxxxxx4959, Attn: Bankruptcy, 9800 Fredericksburg Rd, San Antonio, TX 78288-0001 |
| 12547101 | + | Email/Text: USTPRegion17.LV.ECF@usdoj.gov | Mar 13 2025 01:38:00 | United States Trustee, 300 Las Vegas Blvd. South #4300, Las Vegas, NV 89101-5803 |
| 12547103 | + | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | Mar 13 2025 01:57:25 | Wells Fargo/Dillards, Acct No xxxxxxxxxxxx1222, Attn: Bankruptcy, 1 Home Campus Mac X2303-01a, Des Moines, IA 50328-0001 |

TOTAL: 43

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 14, 2025              Signature:        /s/Gustava Winters

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1: | JONATHON QUINN TERMOLEN<br>First Name   Middle Name   Last Name | Social Security number or ITIN: | xxx–xx–4451 |
| | | EIN: | _ _ – _ _ _ _ _ _ _ |
| Debtor 2:<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN: | _ _ _ _ |
| | | EIN: | _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court: | District of Nevada | Date case filed for chapter: | 7    3/11/25 |
| Case number: | 25-11321-abl | | |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**    10/20

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at   https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | JONATHON QUINN TERMOLEN | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 91 SCORPIOS ISLAND DRIVE<br>HENDERSON, NV 89012 | |
| 4. | **Debtor's attorney**<br>Name and address | SETH D BALLSTAEDT<br>BALLSTAEDT LAW FIRM, LLC DBA FAIR FEE LEGAL SERVICES<br>8751 W CHARLESTON BLVD SUITE 230<br>LAS VEGAS, NV 89117 | Contact phone 702-715-0000<br>Email:  help@bkvegas.com |
| 5. | **Bankruptcy trustee**<br>Name and address | TROY S. FOX<br>FOX, IMES AND CROSBY, LLC<br>601 S. 10TH ST.<br>SUITE 202<br>LAS VEGAS, NV 89101 | Contact phone 702-382-1007 |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**    page 1

| 6. **Bankruptcy clerk's office** | 300 Las Vegas Blvd., South | Office Hours: 9:00 AM – 4:00 PM |
|---|---|---|
| Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | Las Vegas, NV 89101 | Contact phone: (702) 527–7000 |
| | | Date: 3/11/25 |

| 7. **Meeting of creditors** | **April 9, 2025 at 01:30 PM** | Location: |
|---|---|---|
| Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Zoom video meeting. Go to Zoom.us/join, Enter Meeting ID 316 314 8686, and Passcode 1155997733, OR call 1 725 237 2401** |
| | **For additional meeting information, go to www.justice.gov/ust/moc** | |

| 8. **Presumption of abuse** | The presumption of abuse does not arise. |
|---|---|
| If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | |

| 9. **Deadlines** | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** | **Filing deadline: 6/9/25** |
|---|---|---|
| The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |

| 10. **Proof of claim** | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. |
|---|---|
| Please do not file a proof of claim unless you receive a notice to do so. | |

| 11. **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
|---|---|

| 12. **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. |
|---|---|