United States Bankruptcy Court
District of Nevada

In re:  
JONATHON QUINN TERMOLEN  
    Debtor

Case No. 25-11321-abl  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0978-2      User: admin      Page 1 of 3  
Date Rcvd: Jun 10, 2025      Form ID: 318      Total Noticed: 41

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 12, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | JONATHON QUINN TERMOLEN, 91 SCORPIOS ISLAND DRIVE, HENDERSON, NV 89012-5699 |
| 12547080 | | Department of Veteran Affairs, Acct No xxxxx4451, PO Box 530269, Atlanta, GA 30353-0269 |
| 12547079 | | Department of Veteran Affairs, PO Box 530269, Atlanta, GA 30353-0269 |
| 12547100 | + | THE TAVERNA COLLECTION, INC., Acct No xxxxxxxx6167, 3801 S State Rd 7, West Park, FL 33023-6159 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | + | Email/Text: help@bkvegas.com | Jun 11 2025 00:32:00 | SETH D BALLSTAEDT, BALLSTAEDT LAW FIRM, LLC DBA FAIR FEE LE, 8751 W CHARLESTON BLVD SUITE 230, LAS VEGAS, NV 89117-5482 |
| tr | | EDI: BTFOX | Jun 11 2025 04:20:00 | TROY S. FOX, FOX, IMES AND CROSBY, LLC, 601 S. 10TH ST., SUITE 202, LAS VEGAS, NV 89101 |
| ust | + | Email/Text: USTPRegion17.LV.ECF@usdoj.gov | Jun 11 2025 00:32:00 | U.S. TRUSTEE - LV - 7, 300 LAS VEGAS BOULEVARD, SO., SUITE 4300, LAS VEGAS, NV 89101-5803 |
| 12547067 | + | EDI: AAFES | Jun 11 2025 04:26:00 | AAFES, Acct No xxxxxxxxxxxx8947, Attn: Bankruptcy, Po Box 650060, Dallas, TX 75265-0060 |
| 12547068 | + | EDI: TSYS2 | Jun 11 2025 04:26:00 | Barclays Bank Delaware, Acct No xxxxxxxxxxxx5141, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 12547069 | + | EDI: CAPITALONE.COM | Jun 11 2025 04:26:00 | Cap1/kohls, Acct No xxxxxxxxxxxx0473, Attn: Bankruptcy, Po Box 3043, Miwaukee, WI 53201-3043 |
| 12547071 | + | EDI: CAPITALONE.COM | Jun 11 2025 04:26:00 | Capital One, Acct No xxxxxxxx7507, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 12547072 | + | EDI: CAPITALONE.COM | Jun 11 2025 04:26:00 | Capital One, Acct No xxxxxxxx9077, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 12547073 | + | EDI: CAPITALONE.COM | Jun 11 2025 04:26:00 | Capital One, Acct No xxxxxxxxxxxx6591, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 12547070 | + | EDI: CAPITALONE.COM | Jun 11 2025 04:26:00 | Capital One, Acct No xxxxxxxxxxxx2475, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 12547074 | + | EDI: CAPONEAUTO.COM | Jun 11 2025 04:26:00 | Capital One Auto Finance, Acct No xxxxxxxxxxxx1001, Attn: Bankruptcy, 7933 Preston Rd, Plano, TX 75024-2302 |
| 12547075 | + | EDI: WFNNB.COM | | |

| District/off: 0978-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jun 10, 2025 | Form ID: 318 | Total Noticed: 41 |

| Recipient ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Jun 11 2025 04:26:00 | Comenity Bank/Pier 1, Acct No xxxxxxxxxxx3316, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 12547076 | + | Email/Text: ebnnotifications@creditacceptance.com | Jun 11 2025 00:31:00 | Credit Acceptance, Acct No xxxxx3577, Attn: Bankruptcy, 25505 West 12 Mile Road Ste 3000, Southfield, MI 48034-8331 |
| 12547078 | + | Email/PDF: creditonebknotifications@resurgent.com | Jun 11 2025 00:37:50 | Credit One Bank, Acct No xxxxxxxxxxxx8435, Attn: Bankruptcy Department, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 12547077 | + | Email/PDF: creditonebknotifications@resurgent.com | Jun 11 2025 00:38:17 | Credit One Bank, Acct No xxxxxxxxxxxx9539, Attn: Bankruptcy Department, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 12547084 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Jun 11 2025 00:32:00 | Dept Of Education/neln, Acct No xxxxxxxxxxx7251, Po Box 82561, Lincoln, NE 68501-2561 |
| 12547082 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Jun 11 2025 00:32:00 | Dept Of Education/neln, Acct No xxxxxxxxxxx7351, Po Box 82561, Lincoln, NE 68501-2561 |
| 12547083 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Jun 11 2025 00:32:00 | Dept Of Education/neln, Acct No xxxxxxxxxxx7451, Po Box 82561, Lincoln, NE 68501-2561 |
| 12547081 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Jun 11 2025 00:32:00 | Dept Of Education/neln, Acct No xxxxxxxxxxx7551, Po Box 82561, Lincoln, NE 68501-2561 |
| 12547086 | | Email/Text: cssteam@honorcu.com | Jun 11 2025 00:31:00 | Honor Credit Union, Acct No xxxxxxx7100, Attn: Bankruptcy, 8385 Edgewood Rd, Berrien Springs, MI 49103 |
| 12547087 | | EDI: IRS.COM | Jun 11 2025 04:26:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 12547088 | + | EDI: JPMORGANCHASE | Jun 11 2025 04:20:00 | Jpmcb, Acct No xxxxxxxxxxxx3444, MailCode LA4-7100, 700 Kansas Lane, Monroe, LA 71203-4774 |
| 12547089 | + | EDI: CAPITALONE.COM | Jun 11 2025 04:26:00 | Kohl's, Acct No xxxxxxxxxxxx7444, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 12547090 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jun 11 2025 00:31:00 | Mr Cooper/United Wholesale Mortgage, Acct No xxxxx5363, Attn: Bankruptcy, Po Box 619098, Dallas, TX 75261-9098 |
| 12547092 | + | EDI: NFCU.COM | Jun 11 2025 04:27:00 | NAVY FCU, Acct No xxxxxxxxxx3652, Attn: Bankruptcy, Po Box 3000, Merrifield, VA 22119-3000 |
| 12547085 | | EDI: NEVDETR | Jun 11 2025 04:26:00 | Dept. of Employment, Training & Rehab, Employment Security Division, 500 East Third Street, Carson City, NV 89713 |
| 12547085 | | Email/Text: bknotification@detr.nv.gov | Jun 11 2025 00:32:00 | Dept. of Employment, Training & Rehab, Employment Security Division, 500 East Third Street, Carson City, NV 89713 |
| 12547091 | + | EDI: NFCU.COM | Jun 11 2025 04:27:00 | Navy Fcu, Acct No xxxxxxxxxxxxx1326, Attn: Bankruptcy, Po Box 3302, Merrifield, VA 22119-3302 |
| 12547093 | + | EDI: NFCU.COM | Jun 11 2025 04:27:00 | Navy Federal Credit Union, Acct No xxxxxxxxxxxxx1326, Attn: Bankruptcy, Po Box 3302, Merrifield, VA 22119-3302 |
| 12547094 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Jun 11 2025 00:32:00 | Nelnet, Acct No xxxxxx8581, Attn: Claims, Po Box 82505, Lincoln, NE 68501-2505 |
| 12547095 | + | Email/Text: tax-bankruptcy@tax.state.nv.us | Jun 11 2025 00:32:00 | Nevada Dept. of Taxations, Bankruptcy, 555 E Washington Ave, #1300, Las Vegas, NV 89101-1046 |

| District/off: 0978-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jun 10, 2025 | Form ID: 318 | Total Noticed: 41 |

| | | | |
|---|---|---|---|
| 12547097 | Email/Text: Bankruptcy.Notices@pnc.com<br>Jun 11 2025 00:31:00 | | PNC Financial Services, Acct No xxxxxxxxxxxx4612, Attn: Bankruptcy, 300 Fifth Ave, Pittsburgh, PA 15222 |
| 12547098 | EDI: PRA.COM<br>Jun 11 2025 04:26:00 | | Portfolio Recovery Associates, LLC, Acct No xxxxxxxxxxxxxxx5411, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 12547096 | + Email/PDF: ebnotices@pnmac.com<br>Jun 11 2025 00:39:14 | | PennyMac Loan Services, LLC, Acct No xxxxxxxxxxxx8809, Attn: Correspondence Unit, Po Box 514387, Los Angeles, CA 90051-4387 |
| 12547099 | + EDI: SYNC<br>Jun 11 2025 04:20:00 | | Synchrony Bank/ Old Navy, Acct No xxxxxxxx2403, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 12547102 | + EDI: USAA.COM<br>Jun 11 2025 04:20:00 | | USAA Federal Savings Bank, Acct No xxxxxxxxxxxx4959, Attn: Bankruptcy, 9800 Fredericksburg Rd, San Antonio, TX 78288-0001 |
| 12547101 | + Email/Text: USTPRegion17.LV.ECF@usdoj.gov<br>Jun 11 2025 00:32:00 | | United States Trustee, 300 Las Vegas Blvd. South #4300, Las Vegas, NV 89101-5803 |
| 12547103 | + Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com<br>Jun 11 2025 00:39:17 | | Wells Fargo/Dillards, Acct No xxxxxxxxxxxx1222, Attn: Bankruptcy, 1 Home Campus Mac X2303-01a, Des Moines, IA 50328-0001 |

TOTAL: 38

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 12, 2025                    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 10, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| SETH D BALLSTAEDT | on behalf of Debtor JONATHON QUINN TERMOLEN help@bkvegas.com<br>ballstaedtecf@gmail.com;Brooke@bkvegas.com;2667980420@filings.docketbird.com |
| TROY S. FOX | TrusteeFox@ficlegal.com NV34@ecfcbis.com |
| U.S. TRUSTEE - LV - 7 | USTPRegion17.LV.ECF@usdoj.gov |

TOTAL: 3

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | JONATHON QUINN TERMOLEN<br>First Name    Middle Name    Last Name | Social Security number or ITIN   xxx–xx–4451<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN   _ _ _ _<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of Nevada | |
| Case number: | 25–11321–abl | |

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

    JONATHON QUINN TERMOLEN

<u>6/10/25</u>                  **By the court:** <u>AUGUST B. LANDIS</u>
                                                                          United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318               **Order of Discharge**               page 2